# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# ALEXANDRIA DIVISION

| | |
|---|---|
| **JIMMY RAY LITTLETON, ET AL** | **CIVIL DOCKET NO. 1:21-CV-03632** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **DRESSER LLC, ET AL** | **MAGISTRATE JUDGE JOSEPH H.L. PEREZ-MONTES** |

## JUDGMENT

For the reasons contained in the REPORT AND RECOMMENDATION [Doc. 23] of the Magistrate Judge previously filed herein, and after independent (de novo) review of the record and noting the absence of objections to the REPORT AND RECOMMENDATION in the record, and having determined that the findings and recommendation are correct under the applicable law,

IT IS ORDERED that Plaintiffs' MOTION TO REMAND [Doc. 10] is GRANTED and this case be remanded to the Louisiana Ninth Judicial District Court in Rapides Parish.

IT IS FURTHER ORDERED that Descant's MOTION TO DISMISS [Doc. 6] is DENIED AS MOOT.

THUS, DONE AND SIGNED in Chambers on this 14th day of September 2022.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE